# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

## NO. 03-12-00544-CR

**Willie James Sauls, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. Therefore, the Court affirms the trial court's judgment. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence as follows: to reflect that appellant pleaded not true to the two enhancement paragraphs. The judgment of conviction, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.